THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-0256-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ADRIAN OSEGUERA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On August 18, 2010, Defendant was indicted and an arrest warrant was issued. (Dkt. Nos. 1, 3.) On March 24, 2014, the Government moved to dismiss all pending charges against Defendant. (Dkt. No. 5.) On April 1, 2014, the Court granted the Government's motion to dismiss. (Dkt. No. 6.) The Government is now ORDERED to show cause why this case should remain under seal. The Government's response shall be filed no later than January 22, 2019.

//
//
//
//

MINUTE ORDER
CR10-0256-JCC
PAGE - 1

1 | DATED this 8th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk